1  Stuart Price, Esq. (SNB: 150439)
2  PRICE LAW GROUP, APC
   15760 Ventura Boulevard, Suite 800
3  Encino, CA 91436
   P: 818-907-2030
4  stuart@pricelawgroup.com
5  Attorneys for Plaintiff Christine Sefein

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTINE SEFEIN,

        Plaintiff,

  vs.

CAPITAL ONE BANK (USA), N.A.,

        Defendant(s).

Case No.:  2:17−cv−4386 DMG (MRWx)

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff, Christine Sefein, and Defendant Capital One Bank (USA), N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Voluntary Dismissal with Prejudice within the next forty (40) days. The Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated August 18, 2017

**PRICE LAW GROUP, APC**

By: /s/ *Stuart M. Price*
Stuart M. Price
stuart@pricelawgroup.com
Attorneys for Plaintiff Christine Sefein

# **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 18th day of August 2017. Notice of this filing will be sent via electronic mail to the following:

FAEGRE BAKER DANIELS LLP
AMANDA SEMAAN (SBN 293896)
amanda.semaan@FaegreBD.com
11766 Wilshire Blvd., Suite 750
Los Angeles, California 90025
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A

/s/ *Maria Marsceill*